# United States District Court
# For The Western District of North Carolina
# Asheville Division

CORY WILLIAM JONES,

        Petitioner,          JUDGMENT IN A CIVIL CASE

vs.          CIVIL CASE NO. 1:09cv56
        [Criminal Case No. 1:05cr249-1]

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/19/2012 Memorandum of Decision and Order.

Signed: March 19, 2012

Frank G. Johns, Clerk
United States District Court