# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Civil Case No. 1:09-cv-00056-MR
## [Criminal Case No. 1:05-cr-00249-MR-1]

| | |
|---|---|
| CORY WILLIAM JONES, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | O R D E R |

**THIS MATTER** is before the Court on Petitioner's "Motion for Reconsideration" [Doc. 24].

This is Petitioner's second motion for reconsideration of the Order denying his motion to vacate pursuant to 28 U.S.C. § 2255. For the reasons stated in the Court's prior Order [Doc. 23], Petitioner's motion for reconsideration is construed as a successive Section 2255 petition and is therefore dismissed.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, this Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Miller–El v. Cockrell, 537 U.S. 322, 338 (2003) (in order to satisfy § 2253(c), a petitioner must

demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (when relief is denied on procedural grounds, a petitioner must establish both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right).

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion [Doc. 24] is **DISMISSED** as a successive Section 2255 petition.

**IT IS FURTHER ORDERED** that the Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge